| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:
Joseph Duaine Vargas

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/27/2023      Joseph Duaine Vargas           /s/ Joseph Vargas
                      Printed name of Debtor 1       Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____       _____
                        Printed name of Debtor 2      Signature of Debtor 2

# STATE OF CALIFORNIA
## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
**09-231842**

|  | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $*3403 | 33 |

**TO** J D VARGAS

**291-263**
AGENCY  UNIT

*NOT NEGOTIABLE*



**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

---

STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER

```
J D VARGAS                                        SOC SEC NO           3500
AGY/UNIT 291-263    PAY PERIOD 08/23             DIRECT DEP # 09-231842
TAX YEAR 23         ISSUE DATE 09/01/23          BANK TRANSIT
ST S00      FD S        OTHIN 0.00       DED 0.00         DEP 0.00
```

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5059.00 | 4415.35 | 1655.67 | 3403.33 |
| YEAR-TO-DATE [1] | 39332.50 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5059.00 | FEDERAL TAX | 373.01 |
| | | | | STATE TAX | 140.37 |
| | | | | *RETIREMENT | 386.41 |
| | | | | *OPEB | 177.07 |
| | | | | SOC SEC | 297.71 |
| | | | | MEDICARE | 69.63 |
| | | | | CASDI | 43.22 |
| | | | | *BLUSHLDTRI | 71.71 |
| | | | | *PREMACCESS | .00 |
| | | | | VISION-VSP | .00 |
| | | | | SEIU1000D | 77.89 |
| | | | | *VSPPREMIER | 8.46 |
| | | | | ARAG GROUP | 10.19 |

**EMPLOYER CONTRIBUTIONS (current and adjustments)**

| RETIREMNT | SOC SEC | HLTH/FLEX |
|---|---|---|
| 1618.88 | 297.71 | 702.93 |
| **MEDICARE** | **VISION** | **OPEB** |
| 69.63 | 8.27 | 177.07 |

|  | 7/23 BEGIN BAL | CREDIT | USED | MISC | 8/23 BEGIN |
|---|---|---|---|---|---|
| ANNUAL | 46.00 | 11.00 | 16.00 | 0.00 | 41.00 |
| SICK LV | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| PH | | WAITING PERIOD ENDS | 07/16/23 | | |
| TRNG/DEV | 0.00 | 0.00 | 13.00 | 0.00 | 13.00 |

---

*THE ANNUAL OPEN ENROLLMENT PERIOD IS 9/18-10/13/23. CONTACT
YOUR EMPLOYER TO ENROLL OR MAKE CHANGES TO HEALTH, DENTAL,
FLEXELECT, COBEN, AND GROUP LEGAL PROGRAMS. SHOP FOR HEALTH
PLANS AT MY.CALPERS.CA.GOV. FOR PREMIER VISION CHANGES AND
INFORMATION, CONTACT VSP AT STATEOFCAEMPLOYEE.VSPFORME.COM
OR CALL 800-400-4569.
*IN CALIFIRNIA, IT'S IMPORTANT TO LOOK OUT FOR EACH OTHER.
GET YOUR VACCINES, FLU, COVID-19, AND RSV FOR THOSE ELIGIBLE.
VISIT YOUR DOCTOR OR MYTURN.CA.GOV TO GET VACCINATED TODAY.

CD 39A  (Rev  08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

**STATE OF CALIFORNIA**  DIRECT DEPOSIT NUMBER  09-598218
DIRECT DEPOSIT ADVICE

|  | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $***31 | .42 |

TO  J D VARGAS                     291-263
                                 AGENCY  UNIT





**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA       STATEMENT OF EARNINGS AND DEDUCTIONS       OFFICE OF STATE CONTROLLER
J D VARGAS                                               SOC SEC NO          3500
AGY/UNIT 291-263    PAY PERIOD 08/23    DIRECT DEP # 09-598218
TAX YEAR 23         ISSUE DATE 09/19/23   BANK TRANSIT
ST S00     FD S      OTHIN 0.00    DED 0.00    DEP 0.00

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 50.00 | 50.00 | 18.58 | 31.42 |
| YEAR-TO-DATE [1] | 39382.50 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| TELEWRK REM | | | 50.00 | FEDERAL TAX | 11.00 |
| | | | | STATE TAX | 3.30 |
| | | | | SOC SEC | 3.10 |
| | | | | MEDICARE | .73 |
| | | | | CASDI | .45 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| SOC SEC | MEDICARE |
|---|---|
| 3.10 | .73 |

*THE ANNUAL OPEN ENROLLMENT PERIOD IS 9/18-10/13/23. CONTACT
YOUR EMPLOYER TO ENROLL OR MAKE CHANGES TO HEALTH, DENTAL,
FLEXELECT, COBEN, AND GROUP LEGAL PROGRAMS. SHOP FOR HEALTH
PLANS AT MY.CALPERS.CA.GOV. FOR PREMIER VISION CHANGES AND
INFORMATION, CONTACT VSP AT STATEOFCAEMPLOYEE.VSPFORME.COM
OR CALL 800-400-4569.
*IN CALIFORNIA, IT'S IMPORTANT TO LOOK OUT FOR EACH OTHER.
GET YOUR VACCINES, FLU, COVID-19, AND RSV FOR THOSE ELIGIBLE.
VISIT YOUR DOCTOR OR MYTURN.CA.GOV TO GET VACCINATED TODAY.

CD 39A (Rev 08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
                    * Amounts which affect taxable gross

# STATE OF CALIFORNIA
## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER: 09-744106

AMOUNT DEPOSITED: $*3398.33

TO J D VARGAS    AGENCY 291 - UNIT 263



**NOT NEGOTIABLE**

**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately. Do not close your old account until you have received your first payment in your new account.

---

STATE OF CALIFORNIA    STATEMENT OF EARNINGS AND DEDUCTIONS    OFFICE OF STATE CONTROLLER

```
J D VARGAS                                SOC SEC NO       3500
AGY/UNIT 291-263    PAY PERIOD 09/23      DIRECT DEP # 09-744106
TAX YEAR 23         ISSUE DATE 10/01/23   BANK TRANSIT
ST S00    FD S     OTHIN 0.00    DED 0.00    DEP 0.00
```

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 5059.00 | 4415.35 | 1660.67 | 3398.33 |
| YEAR-TO-DATE [1] | 44441.50 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 5059.00 | FEDERAL TAX | 373.01 |
| | | | | STATE TAX | 140.37 |
| | | | | *RETIREMENT | 386.41 |
| | | | | *OPEB | 177.07 |
| | | | | SOC SEC | 297.71 |
| | | | | MEDICARE | 69.63 |
| | | | | CASDI | 43.22 |
| | | | | *BLUSHLDTRI | 71.71 |
| | | | | *PREMACCESS | .00 |
| | | | | VISION-VSP | .00 |
| | | | | SEIU1000D | 77.89 |
| | | | | CSEA ADD | 5.00 |
| | | | | ARAG GROUP | 10.19 |
| | | | | *VSPPREMIER | 8.46 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | SOC SEC | HLTH/FLEX |
|---|---|---|
| 1618.88 | 297.71 | 702.93 |
| **MEDICARE** | **VISION** | **OPEB** |
| 69.63 | 8.27 | 177.07 |

|  | 8/23 BEGIN BAL | CREDIT | USED | MISC | 9/23 BEGIN |
|---|---|---|---|---|---|
| ANNUAL | 41.00 | 11.00 | 9.50 | 0.00 | 42.50 |
| SICK LV | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |
| PH | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 UNITS |
| TRNG/DEV | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 |

---

*SCO ENCOURAGES YOU TO SIGN UP FOR DIRECT DEPOSIT,
A QUICK AND EASY WAY TO ACCESS YOUR MONEY.
SIGN UP TODAY AT SCO.CA.GOV/PPSD_SE_DIRECT_DEPOSIT.HTML

CD 39A (Rev 08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
         * Amounts which affect taxable gross

# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER
05-009429

## DIRECT DEPOSIT ADVICE

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $***31 | .42 |

**TO** J D VARGAS         291-263
                    AGENCY  UNIT





**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

---

STATE OF CALIFORNIA    STATEMENT OF EARNINGS AND DEDUCTIONS    OFFICE OF STATE CONTROLLER

```
J D VARGAS                                    SOC SEC NO         3500
AGY/UNIT 291-263    PAY PERIOD 09/23         DIRECT DEP # 05-009429
TAX YEAR 23         ISSUE DATE 10/10/23      BANK TRANSIT
ST S00    FD S     OTHIN 0.00    DED 0.00    DEP 0.00
```

|  | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 50.00 | 50.00 | 18.58 | 31.42 |
| YEAR-TO-DATE [1] | 44491.50 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| TELEWRK REM | | | 50.00 | FEDERAL TAX | 11.00 |
| | | | | STATE TAX | 3.30 |
| | | | | SOC SEC | 3.10 |
| | | | | MEDICARE | .73 |
| | | | | CASDI | .45 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| SOC SEC | MEDICARE |
|---|---|
| 3.10 | .73 |

---

*SCO ENCOURAGES YOU TO SIGN UP FOR DIRECT DEPOSIT,
A QUICK AND EASY WAY TO ACCESS YOUR MONEY.
SIGN UP TODAY AT SCO.CA.GOV/PPSD_SE_DIRECT_DEPOSIT.HTML

CD 39A  (Rev  08/00)  [1] Year-to-date gross on final earnings statement may not agree with W-2.
         * Amounts which affect taxable gross